No. 99–1081. TOWN OF MULDROW ET AL. *v.* SEQUOYAH COUNTY RURAL WATER DISTRICT No. 7. C. A. 10th Cir. Motions of Alabama Water and Wastewater Institute et al., Water Works and Sewer Board of Birmingham, Texas Municipal League et al., City of Broken Arrow et al., and Greenville Utilities Commission for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–1324. JAY *v.* AT&T CORP. ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.